UNITIED STATES DISTRICT COURT
FOR THE WESTERN DISTICT OF MISSOURI
AT KANSAS CITY

| | |
|---|---|
| CHRISTOPHER STONEMAN | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:21-cv-00061 |
| NIM Transportation, LLC, *et al.* | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that NIM Transportation LLC and James J. Ajello's Rule 26(a)(2) Expert Disclosures were sent on this 14th day of January, 2022, via electronic mail to the following:

James T. Thompson
Elizabeth L. VanErem
jamesthompson@etkclaw.com
evanerem@etkclaw.com
**ATTORNEYS FOR PLAINTIFF**

**BROWN & JAMES, P.C.**

/s/ David R. Buchanan
David R. Buchanan   MO #29228
2345 Grand Boulevard, Suite 2100
Kansas City, MO 64108
Telephone: (816) 472-0800
Facsimile: (816) 421-1183
Email: dbuchanan@bjpc.com
**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ David R. Buchanan

27124161.amm