## All NIM Drivers

We are in the process of increasing the speed on all of our trucks. The speed will increase from 67mph to 70mph. We will continue to evaluate your miles per gallon, long idle and short idle on your review.

Starting 11/3/2014 any violations either internal or external will result in your truck being turned down to 65 mph. This includes but is not limited to pre-trip & post-trip inspections and scaling of your loads. If an inspection tag is placed on your truck and you don't send a DPR to Charlie and or Gary at the time of your pre-trip inspection, your truck will be turned down to 65 when you return from your trip.

Charlie will be posting the speeding violations report above the drivers mail boxes daily so you can see who had a speeding violation and where the violation occurred. This will be reviewed by management to look for habitual offenders. Being on this report repeatedly could result in the turning down of your truck also.

Only use this additional speed on roadways that it is allowed. This should help keep you out of dangerous situations due to not being able to pass in a timely fashion on interstates. Any questions about this policy should be directed to your Driver Supervisor.    Thank you and drive safe. Charlie

**EXHIBIT 6**

DEFENDANTS 0188