# ACCIDENT EVALUATION

## Christopher Stoneman
v.
## Norfolk Iron & Metal and James Ajello

PREPARED BY:



154 Hughes Lane   T 636.896.9995
St. Charles, MO 63301   F 636.896.9695

Plaintiff's

Exh B

exhibitsticker.com

**For:**

**BROWN & JAMES, P.C.**
**Attention:  Mr. Michael B. Lester**
**2345 Grand Boulevard, Suite 2100**
**Kansas City, Missouri  64108**

**EXHIBIT L**



## TABLE OF CONTENTS

**SECTION**                                                                 **PAGE**

I.   Project Summary.................................................................1
     Project Assignment ..........................................................1
     Scope of Project ..............................................................1

II.  Procedures....................................................................2

III. Discussion....................................................................3
     Background...................................................................3
     Tractor-Trailer..............................................................5
     Straight Truck ..............................................................7
     Analysis.....................................................................9
     Professional Service Information...........................................11

IV.  Signature ....................................................................12

Addendum

i



## I. PROJECT SUMMARY

## PROJECT ASSIGNMENT

On September 24, 2021, Semke Forensic (Semke) was requested by Mr. Michael B. Lester with Brown & James P.C. to evaluate a vehicular accident. The accident occurred on July 16, 2018 when a tractor-trailer and a straight truck collided on I-670 in Kansas City, Missouri. This investigation was assigned to the direction of Semke Principal Engineer Mr. Fred B. Semke, P.E., as Semke Project No. 21754.

## SCOPE OF PROJECT

Specifically, Semke was requested to render professional opinions regarding the accident.



## II. PROCEDURES

1. **The following documents were reviewed:**

   - Kansas City, Missouri Police Department Crash Report No. 18-54033.

   - Petition.

   - Plaintiff's Answers To Defendant James J. Ajello's First Interrogatories.

   - Defendant Norfolk Iron & Metal (NIM) and James J. Ajello's Answer To Plaintiff's Petition For Damages.

   - Defendants' Responses And Objections To Plaintiff's First Request For Production Of Documents.

   - Defendant James J. Ajello's Answers And Objections To Plaintiff's First Set Of Interrogatories.

   - Provided photographs taken at the accident scene.

   - Report authored by Mr. Scott Turner.

   - Commercial Driver License Manuals.

   - Federal Motor Carrier Safety Regulations (FMSCR).

2. **The deposition transcripts and exhibits of the following individuals were reviewed:**

   - Mr. James Ajello.

   - Mr. Christopher Stoneman.

   - Mr. Scott Turner.

   - Mr. Joseph Spencer.

   - Mr. Richard Shoemaker.

3. **Analysis was performed** to evaluate the accident events.

4. Accident scene and analysis **diagrams were prepared**.



## BACKGROUND

The accident occurred on westbound I-670, east of the 13th Street exit.  In the vicinity of the collision, westbound I-670 was a three-lane road oriented east-west.  The roadway was predominately asphalt, but a concrete bridge deck spanned the roadway near the accident scene.  The left and middle lanes were travel lanes which continued west on I-670 and the right lane was an exit only lane which continued onto 13th Street west of the accident scene.  The roadway contained a gradual right turn for vehicles approaching the accident scene, followed by a short straight section immediately west of the 13th Street exit ramp.  The accident scene is shown in **Figures 1 and 2** and in the diagram included as **Attachment 1** in the Addendum.

On July 16, 2018, a collision occurred between a tractor-trailer driven by Mr. James Ajello and a straight truck driven by Mr. Christopher Stoneman.  The Kansas City, Missouri Police Department responded to the accident, and Crash Report No. 18-54033 was subsequently prepared.  The Crash Report indicated the accident occurred at 12:00 p.m., however Mr. Ajello documented the accident as occurring at 11:40 a.m. on the "NIM Transportation Driver's Report at Accident/Incident Scene."  His reported accident time of 11:40 a.m. was consistent with GPS tracking records for his truck.   The Crash Report further stated the collision occurred between the front of the tractor-trailer and rear of the straight truck while both vehicles were in the left lane of westbound I-670 as shown in **Attachment 2**.  Following the collision, the vehicles came to a stop in the left lane, but were subsequently moved onto the 13th Street exit ramp to open the travel lanes of I-670 to traffic as shown in **Attachment 3**.

The Crash Report stated the collision occurred in cloudy conditions and on a dry roadway.  The posted speed limit on I-670 was 45 mph.





**FIGURE 1:** Satellite view of westbound I-670. The arrow points to the approximate area of impact.



**FIGURE 2:** Westbound I-670 in the vicinity of the accident.


## TRACTOR-TRAILER

The tractor-trailer consisted of a truck-tractor and a trailer. The truck-tractor was a 2017 Freightliner Cascadia conventional truck-tractor bearing Vehicle Identification Number (VIN) 3AKJGED10HSJA1798. It was equipped with a 15.6 liter Detroit Diesel DD16 engine and an anti-lock brake system. As a result of the collision, the truck-tractor sustained damage to the front of the vehicle, including the hood, windshield, and grille guard.

The trailer was a conestoga style semi-trailer that was 50 feet in length. The trailer was not damaged in the accident. The tractor-trailer combination is shown in **Figures 3 through 5**.



**FIGURE 3:**    **Left front view of the tractor-trailer.**





**FIGURE 4:**     **Right front view of the tractor-trailer.**



**FIGURE 5:**     **Front view of the tractor trailer.**


# STRAIGHT TRUCK

The straight truck was identified as a 2018 Kenworth T370 conventional cab truck bearing VIN 2NKHHJ7X4JM191851. The straight truck was equipped with a PACCAR PX-9 diesel engine, an antilock brake system, and roll-back assembly to facilitate transportation of dumpsters. An overall view of the straight truck was not available, but a similar straight truck is shown in **Figure 6**.

As a result of the collision, the rear bumper detached from the truck as shown in **Figure 7**.



**FIGURE 6:     Similar straight truck.**




**FIGURE 7:** **Rear view of the straight truck.**



## ANALYSIS

Differing accounts of the accident events were provided by the two drivers. The driver of the straight truck, Mr. Christopher Stoneman, indicated his truck was established in the left lane for an extended period of time before he braked for traffic ahead of him and was subsequently impacted from the rear by the tractor-trailer. On the contrary, the driver of the tractor-trailer, Mr. James Ajello, indicated his rig was established in the left lane and the straight truck, which had been traveling in the middle lane, quickly merged closely in front of his tractor-trailer while he was braking for stopped traffic ahead. Mr. Scott Turner assumed Mr. Stoneman's account of the accident was accurate and never considered Mr. Ajello's description of the accident events. Semke's analysis of the accident included the events as recounted by Mr. Ajello.

Both drivers indicated they were traveling near the posted speed limit of 45 mph prior to observing the stopped or slowing traffic ahead of them on I-670. Furthermore, both drivers indicated the straight truck was stopped, or nearly stopped, when the collision occurred. The damage sustained by the trucks, as well as the statement of Mr. Ajello, indicated the tractor-trailer was traveling approximately 5 mph faster than the straight truck at the time of the collision. Based on this information, the relative positions of the two vehicles in the seconds leading up to the collision were calculated.

As the vehicles approached the accident scene, the straight truck was in the middle lane with the rear of the straight truck approximately 23 feet in front of the tractor-trailer, which was consistent with Mr. Ajello's description. Mr. Stoneman's lane change maneuver started about 3.8 seconds prior to the collision, and started simultaneously with the application of his brakes in order for him to stop without colliding with the stopped traffic ahead. Mr. Stoneman executed the lane change maneuver as he progressed through a right turn, therefore the lane change maneuver would not have required significant lateral acceleration and would have been completed quickly. Research conducted for drivers in similar situations indicated Mr. Ajello would have required approximately 0.9 seconds to perceive, react, and fully apply the brakes on the tractor-trailer in response to the emergency braking scenario caused by Mr. Stoneman's lane change maneuver. As a result, Mr. Ajello was not able to avoid colliding with the straight truck due to the proximity of the two vehicles when Mr. Stoneman began merging into the left lane. The relative positions and speeds of the vehicles are shown in the time-distance-velocity diagrams included as **Attachment 4**.

In his report, Mr. Scott Turner argued the collision was caused by Mr. Ajello following too close to the vehicle in front of him. Mr. Turner cited the Commercial Driver License Manual, which indicated tractor-trailers, such as the one driven by Mr. Ajello, should maintain a seven second gap to the vehicle in front. However, although this is a well-intentioned guideline, it is not always reasonable or practical to maintain such a large gap, especially in congested or metropolitan areas. This is due to the fact that in populated areas, such as the Kansas City metropolitan area, other vehicles will constantly merge into a gap of that length, as illustrated when Mr. Stoneman attempted to merge into the gap maintained by Mr. Ajello to the vehicle in front of him. In contrast to Mr. Turner's assessment, Mr. Ajello had maintained a safe gap to the vehicle in front of him prior to Mr. Stoneman forcing his vehicle in front of the tractor-trailer. In fact, if



Mr. Stoneman had not aggressively merged into the left lane, Mr. Ajello would have been able to stop behind the traffic in front of him with a moderate brake application of 0.33g's as shown in **Attachment 5**.

Mr. Turner further stated Mr. Ajello caused the accident by operating his tractor-trailer at a speed too fast for conditions and by failing to keep a proper lookout. However, neither of these accusations were supported by the evidence. There was no evidence Mr. Ajello was traveling above the posted speed limit of 45 mph. Furthermore, both drivers indicated they were traveling approximately the same speed of 45 mph prior to the collision. Rather, the evidence indicated Mr. Ajello was keeping a proper lookout for traffic ahead of him since he began slowing his tractor-trailer before Mr. Stoneman merged in front of him. As such, Mr. Ajello was aware of the slowed traffic and reacted appropriately. In contrast, Mr. Stoneman was the driver who failed to keep a proper lookout by executing a lane change in close proximity to the tractor-trailer, and stopping suddenly before Mr. Ajello could build a gap in front of his tractor-trailer. If Mr. Stoneman had kept a proper lookout and been aware of his surroundings, he should have slowed his straight truck in the middle lane to a speed consistent with adjacent traffic. Thereafter, he would have been able to merge safely into the left lane.

Regarding Mr. Ajello, he obtained his Commercial Driver's License (CDL) in Kansas and started his commercial driving career in May 1987. To obtain his Kansas CDL, he passed associated written and driving tests. Therefore, Mr. Ajello was familiar with the Kansas Commercial Driver's License Manual. Mr. Turner specifically honed in on the guidelines for following distance during highway travel, which are not reasonably attainable in congested metropolitan areas as previously discussed. Note, the Kansas CDL manual also states a driver should be able to stop within the distance you can see ahead, and when driving in heavy traffic, the safest speed is the speed of the other vehicles. Mr. Ajello was traveling in accordance with these recommendations until he was cut off by Mr. Stoneman. Therefore, rather than the accident being a preventable crash for Mr. Ajello and a non-preventable crash for Mr. Stoneman, the opposite was likely the case.

Mr. Turner also painted Mr. Ajello has being an unsafe driver who was not properly trained by NIM. The evidence indicated otherwise. Mr. Ajello testified he passed the CDL tests on his first attempts, which confirmed his knowledge of the driving material in the Kansas CDL manual and the Federal Motor Carrier Safety Regulations (FMCSR's). Neither of these references mention the Smith System, rather the 5 Keys in the Smith System stem from the guidelines in the FMCSR's and the CDL manual. Regarding NIM, they had an extensive Driver Qualification file for Mr. Ajello, which documented sufficient ongoing training and multiple annual reviews praising his driving performance. In addition, Mr. Ajello's driving record is further evidence of his capable driving skills. Between the time of his hiring by NIM in November 2001 to the time of the subject accident, Mr. Ajello accumulated over a million miles driving without a single injury related accident attributable to him. Therefore, there is no merit to Mr. Turner's claims Mr. Ajello was an unsafe driver who was not properly trained by NIM.



**In summary, more likely than not, the accident occurred as indicated by Mr. Ajello. Mr. Ajello was operating his tractor-trailer in a safe manner with an appropriate and reasonable gap to the vehicle in front of him. The accident was subsequently caused by Mr. Stoneman executing an aggressive lane change maneuver in front of Mr. Ajello's tractor-trailer, thus violating Mr. Ajello's established travel path. As a result, Mr. Ajello did not have sufficient remaining time or distance to avoid the collision. Furthermore, but for the intrusion of Mr. Stoneman into his path, Mr. Ajello would have safely slowed or stopped for the traffic in front of him.**

## PROFESSIONAL SERVICE INFORMATION

The qualifications of the author, his Fee Schedule, and his Testimony List are included as **Attachments 6, 7, and 8** in the Addendum, respectively.



Semke Forensic hereby certifies the expressed opinions and conclusions have been formulated within a reasonable degree of professional certainty. They are based upon all of the information known by Semke as of the time this report was issued, as well as knowledge, skill, experience, training, and/or education.

Report Prepared By:

_____

Fred B. Semke, P.E.
Principal Engineer
State of Missouri
Registration No. 28830



## ADDENDUM

- **Attachment 1 – Accident Scene Diagram**

- **Attachment 2 – Impact Position Diagram**

- **Attachment 3 – Final Rest Positions Diagram**

- **Attachment 4 – Subject Accident Time And Position Diagrams**

- **Attachment 5 – Straight Truck Does Not Merge Diagrams**

- **Attachment 6 – Curriculum Vitae**

- **Attachment 7 – Fee Schedule**

- **Attachment 8 – Testimony List**



**ATTACHMENT 1**

**Accident Scene Diagram**



# Accident Scene

Westbound I-670, Kansas City, Missouri
Speed Limit: 45 mph

13th Street Exit Ramp

Overhead Sign

Bridge Deck

Concrete Barrier (Typ.)

Overhead Sign

Guardrail (Typ.)

0 50 100 200 300 400 500
FEET

N



**ATTACHMENT 2**

**Impact Position Diagram**



# Approximate Area Of Impact

Westbound I-670, Kansas City, Missouri
Speed Limit: 45 mph

Straight Truck

Tractor-Trailer

FEET

0 25 50 100 150 200 250

N

Semke 21754



**ATTACHMENT 3**

**Final Rest Position Diagram**



## Approximate Rest Positions
### Westbound I-670, Kansas City, Missouri
### Speed Limit: 45 mph

Straight Truck Final Rest Position

Tractor-Trailer Final Rest Position

Straight Truck Initial Rest Position

Tractor-Trailer Initial Rest Position

0  25  50  100  150  200  250
FEET

N



**ATTACHMENT 4**

**Subject Accident Time And Position Diagrams**



# Time And Position

### Subject Accident

Westbound I-670, Kansas City, Missouri
Speed Limit: 45 mph

## Legend

t = Time Before Impact
v = Velocity
d = Distance From Area Of Impact

Stopped Traffic

Straight Truck
t = -5.2 sec
v = 45 mph
d = 220 ft

Lead Vehicle
t = -5.2 sec
v = 45 mph
d = 127 ft

Tractor-Trailer
t = -5.2 sec
v = 45 mph
d = 243 ft

Lead Vehicle Begins Slowing For Stopped Traffic.

0   25   50   100   150   200   250
FEET

N



**Time And Position**

**Subject Accident**

Westbound I-670, Kansas City, Missouri

Speed Limit: 45 mph

**Legend**

t = Time Before Impact
v = Velocity
d = Distance From Area Of Impact

Stopped Traffic

Straight Truck
t = -4.0 sec
v = 45 mph
d = 141 ft

Lead Vehicle
t = -4.0 sec
v = 35 mph
d = 101 ft

Tractor-Trailer
t = -4.0 sec
v = 45 mph
d = 164 ft

Tractor-Trailer Begins Braking @ 0.20 g.

0  25  50  100  150  200  250

FEET

N

Case 4:21-cv-00061-SRB    Document 102-2    Filed 05/23/22    Page 24 of 45      Semke 21754



# Time And Position

**Subject Accident**

Westbound I-670, Kansas City, Missouri

Speed Limit: 45 mph

## Legend

t = Time Before Impact

v = Velocity

d = Distance From Area Of Impact

Stopped Traffic

Straight Truck
t = -3.8 sec
v = 45 mph
d = 128 ft

Lead Vehicle
t = -3.8 sec
v = 33 mph
d = 47 ft

Tractor-Trailer
t = -3.8 sec
v = 44 mph
d = 151 ft

Straight Truck Begins Lane Change And Braking.

0  25  50  100  150  200  250

FEET

N

 Case 4:21-cv-00061-SRB    Document 102-2    Filed 05/23/22    Page 25 of 45    Semke 21754



# Time And Position

**Subject Accident**

Westbound I-670, Kansas City, Missouri

Speed Limit: 45 mph

## Legend

t = Time Before Impact

v = Velocity

d = Distance From Area Of Impact

Stopped Traffic

Lead Vehicle
t = -2.9 sec
v = 25 mph
d = 8 ft

Straight Truck
t = -2.9 sec
v = 35 mph
d = 74 ft

Tractor-Trailer
t = -2.9 sec
v = 40 mph
d = 96 ft

Tractor-Trailer Begins Emergency Braking @ 0.55 g.

0   25   50   100   150   200   250

FEET

N

Case 4:21-cv-00061-SRB    Document 102-2    Filed 05/23/22    Page 26 of 45    Semke 21754



# Time And Position

**Subject Accident**

Westbound I-670, Kansas City, Missouri

Speed Limit: 45 mph

## Legend

t = Time Before Impact

v = Velocity

d = Distance From Area Of Impact

Stopped Traffic

Lead Vehicle
t = 0.0 sec
v = 0 mph
d = +45 ft

Straight Truck
t = 0.0 sec
v = 0 mph
d = 0 ft

Tractor-Trailer
t = 0.0 sec
v = 5 mph
d = 0 ft

Impact.

0   25   50      100      150      200      250

FEET

N



**ATTACHMENT 5**

**Straight Truck Does Not Merge Diagrams**



# Time And Position

**If Straight Truck Does Not Merge**

Westbound I-670, Kansas City, Missouri

Speed Limit: 45 mph

## Legend

t = Time Before Impact

v = Velocity

d = Distance From Area Of Impact

Stopped Traffic

Lead Vehicle
t = -5.2 sec
v = 45 mph
d = 127 ft

Tractor-Trailer
t = -5.2 sec
v = 45 mph
d = 243 ft

Lead Vehicle Begins Slowing For Stopped Traffic.

0    25   50        100       150       200       250

FEET

N

Case 4:21-cv-00061-SRB    Document 102-2    Filed 05/23/22    Page 29 of 45

Semke 21754



**Time And Position**

**If Straight Truck Does Not Merge**

Westbound I-670, Kansas City, Missouri

Speed Limit: 45 mph

**Legend**

t = Time Before Impact

v = Velocity

d = Distance From Area Of Impact

Stopped Traffic

Lead Vehicle
t = -4.0 sec
v = 35 mph
d = 56 ft

Tractor-Trailer
t = -4.0 sec
v = 45 mph
d = 164 ft

Tractor-Trailer Begins Braking @ 0.20 g.

0   25   50   100   150   200   250

FEET

N



# Time And Position

**If Straight Truck Does Not Merge**

Westbound I-670, Kansas City, Missouri

Speed Limit: 45 mph

## Legend

t = Time Before Impact

v = Velocity

d = Distance From Area Of Impact

Stopped Traffic

Lead Vehicle
t = +1.7 sec
v = 0 mph
d = +45 ft

Tractor-Trailer
t = +1.7 sec
v = 0 mph
d = +42 ft

Tractor-Trailer Stops.

0   25   50   100   150   200   250

FEET

N

Case 4:21-cv-00061-SRB    Document 102-2    Filed 05/23/22    Page 31 of 45

Semke 21754



**ATTACHMENT 6**

**Curriculum Vitae**



St. Louis

154 Hughes Lane
St. Charles, MO 63301

T 636.896.9995
F 636.896.9695

www.semke.com

# <u>CURRICULUM VITAE OF FRED B. SEMKE, P.E.</u>

January 2022

## I. <u>General Information</u>

A.    Position                Principal Engineer
                              Semke Forensic
                              154 Hughes Lane
                              St. Charles, Missouri
                              Telephone: 636-896-9995

## II. <u>Professional Summary</u>

A.    Education:              Master of Science
                              Engineering Mechanics
                              University of Missouri
                              Rolla, Missouri
                              1986

                              Bachelor of Science - Magna Cum Laude
                              Mechanical Engineering
                              University of Missouri
                              University Scholar
                              Columbia, Missouri
                              1983

                              St. Charles R-5 High School
                              St. Charles, Missouri
                              Valedictorian
                              1978

St. Louis | Kansas City | Chicago



B.    Experience:

January 2003 to Present
Position:            Principal Engineer
                     Semke Forensic
                     154 Hughes Lane
                     St. Charles, Missouri

Responsible for mechanical engineering projects with emphasis in vehicular accident reconstruction, failure analysis, mechanical design analysis, fire suppression systems and fuel-fired equipment.

March 1997 to January 2003
Position:            Senior Project Engineer - Mechanical
                     FTI/S.E.A. Consulting
                     St. Louis, Missouri

Responsible for mechanical engineering projects with emphasis in vehicular accident reconstruction, failure analysis, mechanical design analysis, fire suppression systems and fuel-fired equipment.

May 1983 to March 1997
Position:            Mechanical Engineer
                     McDonnell Douglas Corporation
                     St. Louis, Missouri

Responsible for aircraft design and analysis.

C.    Hold a Class A Commercial Vehicle Driver's License (CDL) with all endorsements.



III.        <u>**Seminars and Technical Courses Attended**</u>

1984 - Strength and Mass Properties
1985 - Ethical Decision Making Workshop
1986 - Hazardous Materials Communication
1987 - Effective Writing
1987 - Structural Analysis - Laminated Composites
1987 - Metal Matrix Composites
1988 - Respirator Training
1988 - Fatigue/Fracture Mechanics
1993 - Time Management
1998 - SAE Technical Session, Accident Reconstruction
1999 - SAE Technical Session, Accident Reconstruction
1999 - SAE Seminar, Braking Performance of Heavy Commercial Vehicles
2000 - World Reconstruction Exposition
2001 - SAE Technical Session, Accident Reconstruction
2002 - SAE Technical Session, Accident Reconstruction
2002 - MTC Truck Driver Training Course
2003 - SAE Technical Session, Accident Reconstruction
2004 - SAE Technical Session, Accident Reconstruction
2005 - SAE Seminar - Vehicle Accident Reconstruction Methods
2006 - Crash Data Retrieval (CDR) Technician Certification Course
2006 - Crash Data Retrieval (CDR) Data Analyst Certification Course
2007 - SAE Technical Session, Accident Reconstruction
2008 - Crash Data Retrieval User's Conference
2008 - SAE Seminar - Applied Vehicle Dynamics
2008 - BMW Performance Driving School - SAE Driving Event
2009 - SAE Technical Session, Accident Reconstruction / EDR's
2009 - Midwest Association of Technical Accident Investigators (MATAI) Seminar
2009 - Bendix Air Brake Class
2009 - Heavy Vehicle Crash Reconstruction Conference
2010 - Commercial Vehicle Event Data Recorders (University of Tulsa)
2010 - SAE Technical Session, Accident Reconstruction / EDR's
2010 - J. J. Keller, Forklifts: FAQs on OSHA's Standard
2010 - Accessing and Interpreting Heavy Vehicle Event Data Recorders (SAE)
2011 - SAE Highway Vehicle Event Data Recorder Symposium
2012 - SAE Technical Session, Accident Reconstruction / EDR's
2013 - Advanced Crash Reconstruction Utilizing Human Factors (NUCPS)
2013 - Midwest Association of Technical Accident Investigators (MATAI) Seminar
2014 - Midwest Association of Technical Accident Investigators (MATAI) Seminar
2015 - Digital Forensics of Heavy Vehicle Event Data Recorders (Univ. of Tulsa)
2016 - World Reconstruction Exposition



**IV.**     <u>**Professional Affiliations**</u>

Society of Automotive Engineers (SAE)
Society of Accident Reconstructionists (SOAR)
National Assoc of Professional Accident Reconstruction Specialists (NAPARS)
Midwest Association of Technical Accident Investigators (MATAI)
European Association for Accident Research and Analysis (EVU)
American Society of Mechanical Engineers (ASME)
American Society of Agricultural and Biological Engineers (ASABE)
National Fire Protection Association (NFPA)
American Society of Heating, Refrigerating and Air-Conditioning Engr (ASHRAE)

**V.**      <u>**Professional Registration**</u>

Registered Professional Engineer in the States of Missouri, Illinois, Arkansas, Kentucky, Kansas, Oklahoma, Iowa, Alabama and Idaho.

**VI.**     <u>**Civic Involvement**</u>

President, Board of Education, St. Charles R-5 Schools, January 1997 to April 2015.



**ATTACHMENT 7**

**Fee Schedule**



St. Louis

154 Hughes Lane
St. Charles, MO 63301

**T** 636.896.9995
**F** 636.896.9695

www.semke.com

## Professional Fee Schedule

- Fred B. Semke, P.E. - $335/hour

  Clerical - $75/hour


- Hourly fees are the same for all activities (examinations, travel, reports, depositions, trial testimony, research, meetings, telephone calls, etc.).

- Major Expenses:  Mileage ($0.67/mile), Photographs ($0.50/photo), Equipment/Software ($250.00/use), 3D Scanner ($500.00/use).

- Expenditures:  At cost (hotel, airfare, meals, rental vehicles and/or equipment, etc.).



**ATTACHMENT 8**

**Testimony List**

Federal Court Query

Fred B. Semke, P.E.

| Case No. | Case Name | Type | Date | Venue | Court No. |
|---|---|---|---|---|---|
| 14453 | Alexander Wiesner<br>v.<br>Road Warrior Roadside<br>Service & Towing | Trial | 02/18 | Circuit Court<br>Boone County<br>Missouri | 14BA-CV0246 |
| 14564 | Lacy & Hebenheimer<br>v.<br>CRST Expedited | Trial | 02/18 | Circuit Court<br>Warren County<br>Missouri | 15BB-CC00051<br>15BB-CC00054 |
| 16821 | Joyce Meyers<br>v.<br>Joshua Funk | Trial | 03/18 | Circuit Court<br>Calhoun County<br>Illinois<br>8th Judicial Circuit | 2015-L-1 |
| 17137 | William Walsh<br>v.<br>Wamano Trucking LLC | Depo | 04/18 | Circuit Court<br>Green County<br>Illinois<br>7th Judicial Circuit | 16-L-4 |
| 15806 | Carrie Scheetz<br>v.<br>Nauvoo-Colusa Community<br>Unit School District | Depo | 04/18 | Circuit Court<br>Hancock County<br>Illinois<br>9th Judicial Circuit | 16 LL 1 |
| 17633 | Michael E. Brand<br>v.<br>Midwest Security | Depo | 06/18 | Circuit Court<br>Greene County<br>Missouri<br>Division 3 | 1531-CC01410 |
| 17935 | Daniel Sickler<br>v.<br>Justin Mosher | Depo | 06/18 | Circuit Court<br>Phelps County<br>Missouri | 16PH-CV00063 |
| 17853 | Innocent H. Harelimana<br>v.<br>Shannon L. Parker | Depo | 09/18 | Circuit Court<br>St. Louis County<br>Missouri<br>Division 18 | 16SL-CC00506 |

Federal Court Query

Fred B. Semke, P.E.

| Case No. | Case Name | Type | Date | Venue | Court No. |
|----------|-----------|------|------|-------|-----------|
| 16699 | Anne W. Jones<br>v.<br>Shelter Insurance | Depo | 09/18 | Circuit Court<br>Jefferson County<br>Missouri<br>23rd Judicial Circuit | 14JE-CC00679 |
| 18369 | Holly Bingaman<br>v.<br>Pride Mobility Products | Depo | 10/18 | Circuit Court<br>St. Louis County<br>Missouri<br>Division 17 | 16SL-CC01859 |
| 14649 | Jessica Mask<br>v.<br>Liberty Fruit Company | Trial | 01/19 | Circuit Court<br>City of St. Louis<br>Missouri<br>Division 8 | 1722-CC00906 |
| 17093 | Hugh Vanderheul<br>v.<br>New Prime, Inc. | Depo | 02/19 | Circuit Court<br>Webster County<br>Missouri | 17WE-CC00020 |
| 16792 | Fleshman<br>v.<br>Whelan Security Co. | Depo | 03/19 | Circuit Court<br>St. Louis County<br>Missouri<br>Division 10 | 16SL-CC01803 |
| 16869 | Maurice Newman<br>v.<br>Auto Enhancements, Inc. | Depo | 03/19 | District Court<br>Douglas County<br>Nebraska | CI 16-6896 |
| 17862 | Linda Christine Maidment<br>v.<br>Davis Walker | Depo | 03/19 | Circuit Court<br>Greene County<br>Missouri | 1631-CC00852 |
| 17289 | Michael L. Greer<br>v.<br>Arnold Transportation<br>Services, Inc. | Depo | 05/19 | U.S. District Court<br>Western District<br>Missouri<br>Southern Division | 6:18-CV-3122-MDH |

Federal Court Query

Fred B. Semke, P.E.

| Case No. | Case Name | Type | Date | Venue | Court No. |
|----------|-----------|------|------|-------|-----------|
| 18551 | Richardson<br>v.<br>DTC Calhoun Trucking, et al. | Depo | 07/19 | Circuit Court<br>Greene County<br>Missouri | 1631-CC00107 |
| 18667 | Dwayne E. Lieu<br>v.<br>Prairie Farms Dairy, Inc. | Trial | 08/19 | Circuit Court<br>St. Louis County<br>Missouri | 16SL-CC03778 |
| 18906 | Robert J. Ruzicka<br>v.<br>Huntleigh Transportation Services, Inc. | Depo | 09/19 | Circuit Court<br>City of St. Louis<br>Missouri<br>Division No. 1 | 1622-CC01435 |
| 16840 | Jo Lair<br>v.<br>Combined Transport, Inc. | Depo | 10/19 | U.S. District Court<br>Southern District<br>Illinois | 3:18-CV-1017-MJR-DGW |
| 16699 | Anne W. Jones<br>v.<br>Derek Mains and Shelter Insurance Company | Trial | 10/19 | Circuit Court<br>Jefferson County<br>Missouri<br>23rd Judicial Circuit | 14JE-CC00679 |
| 18244 | Erica Miller<br>v.<br>Robert Vickers, et. al. | Depo | 10/19 | Circuit Court<br>City of St. Louis<br>Missouri<br>Division 11 | 1722-CC10922 |
| 16476 | Brian W. Pillow<br>v.<br>William J. Goestenkors | Trial | 11/19 | Circuit Court<br>Madison County<br>Illinois<br>23rd Judicial Circuit | 16-L-380 |
| 18906 | Robert J. Ruzicka<br>v.<br>Huntleigh Transportation Services, Inc. | Depo | 11/19 | Circuit Court<br>City of St. Louis<br>Missouri<br>Division No. 1 | 1622-CC01435 |

| Case No. | Case Name | Type | Date | Venue | Court No. |
|----------|-----------|------|------|-------|-----------|
| 17897 | De'Andre Baker<br>v.<br>Town and Country Disposal | Depo | 02/20 | Circuit Court<br>Jackson County<br>Missouri | 1816-CV18405 |
| 19295 | Kenneth Trekell<br>v.<br>Target Corporation | Depo | 02/20 | U.S. District Court<br>Western Division<br>Missouri | 4:18-CV-00662-DGK |
| 17935 | Daniel Sickler<br>v.<br>Justin Mosher | Trial | 03/20 | Circuit Court<br>Phelps County<br>Missouri | 16PH-CV00063 |
| 18106 | Peter Monroe<br>v.<br>Freight All Kinds, Inc. | Depo | 03/20 | U.S. District Court<br>Western District<br>Missouri<br>Southern Division | 18-CV-03238 |
| 19844 | Burnett<br>v.<br>Consolidated Pipe & Supply | Depo | 03/20 | Circuit Court<br>Perry County<br>Missouri | 17PR-CC00038 |
| 18703 | Richardson<br>v.<br>Millstone Trucking, LLC | Depo | 04/20 | Circuit Court<br>Taney County<br>Missouri | 16AF-CC01203 |
| 19539 | Shane Woollen<br>v.<br>Jacobson Transporation | Depo | 05/20 | U.S. District Court<br>Eastern District<br>Missouri | 4:18-cv-01509 |
| 18103 | Dee Ann Schirlls<br>v.<br>WCA Waste Corporation | Depo | 07/20 | Circuit Court<br>Cass County<br>Missouri | 18CA-CC00082 |
| 16322 | Tabitha Holt<br>v.<br>Qualified Trucking Service | Depo | 07/20 | U.S. District Court<br>Eastern District<br>Missouri | 4:19-CV-102 |

Federal Court Query

Fred B. Semke, P.E.

| Case No. | Case Name | Type | Date | Venue | Court No. |
|----------|-----------|------|------|-------|-----------|
| 18780 | Zerpa<br>v.<br>XPO Logistics | Depo | 09/20 | Circuit Court<br>Bates County<br>Missouri | 19BS-CC00037 |
| 19525 | Brandelyn Williams<br>v.<br>Wilde Auto Sales | Depo | 10/20 | Circuit Court<br>Jackson County<br>Missouri | 1916-CV26936 |
| 18784 | Almazbek Muminov<br>v.<br>Swift Transportation | Depo | 11/20 | U.S. District Court<br>Western District<br>Missouri | 4:19-cv-00390-ODS |
| 18742 | Smith and Woodgate<br>v.<br>St. James Winery, Inc. | Depo | 01/21 | Circuit Court<br>Phelps County<br>Missouri | 19PH-CV01325<br>19PH-CV01343 |
| 19624 | Robert O. Cross<br>v.<br>Dieomatic, Inc. | Depo | 01/21 | U.S. District Court<br>Western District<br>Missouri<br>Western Division | 4:19-CV-00168-SRB |
| 20202 | Logan Johnston<br>v.<br>Donald Wilson | Depo | 02/21 | Circuit Court<br>Platte County<br>Missouri<br>Division No. 2 | 19AE-CC00310 |
| 19781 | Ayad Danyal<br>v.<br>Kenneth Faiet | Depo | 03/21 | Circuit Court<br>Livingston County<br>Missouri | 19LV-CC00011 |
| 18459 | Jose Colon<br>v.<br>FedEx Ground | Depo | 06/21 | Circuit Court<br>St. Charles County<br>Missouri | 1911-CC00052 |
| 21307 | Lawrence E. Coffey<br>v.<br>Vespa & Skeff Distributing | Depo | 07/21 | Circuit Court<br>Sangamon County<br>Illinois<br>7th Judicial Circuit | 2017 L 72 |

Federal Court Query

Fred B. Semke, P.E.

| Case No. | Case Name | Type | Date | Venue | Court No. |
|---|---|---|---|---|---|
| 18050 | Chet Stoll v. Diamondback Services | Depo | 08/21 | Circuit Court St. Louis County Missouri | 18SL-CC02952 |
| 18780 | Zerpa v. XPO Logistics | Trial | 08/21 | Circuit Court Bates County Missouri | 19BS-CC00037 |
| 19268 | Larry Goehring v. MHTC | Depo | 09/21 | Circuit Court Cole County Missouri | 18AC-CC00346 |
| 21314 | Stephanie Collins v. Chumbelina Gotow, First Student, Inc | Depo | 11/21 | Circuit Court Jackson County Missouri | 2116-CV05694 |
| 15753 | Equis Hospitality Management v. Western States Fire Protection | Depo | 12/21 | Circuit Court St. Louis County Missouri Division No. 7 | 19SL-CC00278 |
| 21170 | William Reynolds v. Bunker Hill Supply Company | Depo | 12/21 | Circuit Court Crawford County Illinois 2nd Judicial Circuit | 2019-L-3 |