# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER W. STONEMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 21-cv-00061-SRB |
| NIM TRANSPORTATION, LLC, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

On June 3, 2022, the Court presided over a pretrial conference with the parties. For the reasons stated on the record, it is hereby ORDERED that:

Plaintiff's Motions in Limine (Doc. #102) is GRANTED IN PART and DENIED IN PART.

Regarding Plaintiff's first motion in limine, excluding and/or limiting opinion testimony of Defendants' expert Fred Semke, the motion is DENIED.

Regarding Plaintiff's second motion in limine, limiting cross examination of Plaintiff's expert Steven Graboff on the *Houston v. Boone County* case, the motion is GRANTED.

Defendants' Joint Motions in Limine (Doc. #97) is GRANTED IN PART and DENIED IN PART.

Regarding Defendants' first motion in limine, excluding Plaintiff's expert Scott Turner, and Defendants' second motion in limine, excluding Scott Turner's opinions regarding training, supervision, or retention, the motions are GRANTED IN PART and DENIED IN PART. Mr. Turner may opine regarding the standard of care for commercial truck drivers, but shall not opine regrading training, supervision, and retention.

Regarding Defendants' third motion in limine, excluding evidence/testimony regarding Norfolk Iron & Metal and Plaintiff's September 27, 2018, preservation letter, the motion is GRANTED IN PART and DENIED IN PART. Plaintiff may only ask whether Norfolk Iron & Metal preserved the data Plaintiff requested it to preserve.

Regarding Defendants' fourth motion in limine, excluding evidence/testimony about post-accident counseling undertaken by Defendant NIM regarding its employee Defendant Ajello, the motion is GRANTED.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: June 3, 2022